IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| FLOR I. ARRIAZA DE PAREDES, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> ZEN NAILS STUDIO LLC, *et al.*, <br><br> *Defendants*. | Civil Action No.: 20-2432-TDC |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS AND TO REDUCE ORDER AWARDING FEES TO JUDGMENT**

Plaintiffs, as the prevailing parties in this matter, move for an award of reasonable attorneys' fees and costs and judgment in the amount of the award, to be entered jointly and severally, against Defendants.

Plaintiffs seek $344,738.64 in attorney's fees and $39,951.56 in costs. Because Plaintiffs cannot include all the attorneys' fees incurred in the case until after they file their reply in support of this Motion, they also seek leave to supplement this Motion to include and ask for the attorneys' fees incurred in drafting the reply brief. In support of this Motion, Plaintiffs rely upon supporting memorandum attached hereto.

**WHEREFORE**, Plaintiffs respectfully request that this Court: (1) award Plaintiffs their reasonable attorneys' fees and costs associated with this litigation in the amounts sought herein, including any amounts sought in connection with the reply, and (2) enter judgment in the amount of the award, jointly and severally, in Plaintiffs' favor and against Zen Nails Studio LLC, Phonz Nguyen a/k/a Dung Nen Chay Khach and Linh Nguyen a//a Nen Giu Khach Hai Long.

A proposed order is attached.

Respectfully Submitted,


/s/Omar Vincent Melehy
Omar Vincent Melehy
Maryland Bar No. 05712
MELEHY & ASSOCIATES, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364
Facsimile:    (301) 587-6308
Email: ovmelehy@melehylaw.com


/s/Suvita Melehy
Suvita Melehy
Maryland Bar No. 13068
MELEHY & ASSOCIATES, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364
Facsimile:    (301) 587-6308
Email: smelehy@melehylaw.com


/s/Andrew Balashov
Andrew Balashov
Maryland Bar No. 19715
MELEHY & ASSOCIATES, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Telephone: (301) 587-6364
Facsimile:    (301) 587-6308
Email: abalashov@melehylaw.com

*Attorneys for Plaintiffs*