IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| FLOR I. ARRIZA DE PAREDES, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.:  TDC-20-2432 |
| ZEN NAILS STUDIO, LLC, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DECLARATION OF MICHAL SHINNAR

My name is Michal Shinnar. The following statement is true and correct to the best of my knowledge:

1. I am Senior Counsel at Joseph, Greenwald and Laake, PA in Greenbelt, Maryland, where I handle employment law claims, including claims for unpaid wages under federal and state law.

2. I am a graduate of Fordham University School of Law, New York, NY, from which I received a JD degree in May 2011. At Fordham Law School, I received the Donald Feerick prize in Labor Law, was a Stein Scholar Public Interest Law Fellow, and a recipient of the Archibald Murray Public Service Award, *summa cum laude*. I also served as an editor on the Moot Court team and as an associate editor on the Intellectual Property Law Journal. I received a Bachelor of the Arts degree from Barnard College of Columbia University, *cum laude,* in May 2006.

3. I am a member of the Bar of the States of Maryland (2015) and was admitted to the Bar of the State of New Jersey in 2012 (now inactive). I am also admitted to the United States

**EXHIBIT**

**I**

District Courts for the District of Maryland, District of D.C., and District of New Jersey and the United States Court of Federal Claims.

4. I have over nine years of experience in employment law. I joined Joseph, Greenwald and Laake, PA in June 2021, prior to that, I worked for Gilbert Employment Law, P.C. from April 2015 till May 2021. From May 2013 through March, 2015, I was employed at Snider & Associates, LLC, a plaintiff side employment firm in Baltimore, MD. From August 2012 through April 2013, I worked on Capitol Hill as a Legislative Fellow, where I assisted members of Congress with labor, employment and immigration related issues. From January 2012 through August 2012, I clerked for the Hon. Kathryn Brown at the U.S. Equal Employment Opportunity Commission's Washington Field Office. While in law school, I worked as a law clerk for the U.S. Equal Employment Opportunity Commission, and the U.S. Department of Labor.

5. In addition to my experience litigating employment cases, I have been repeatedly asked to present on employment law issues, including at the Metropolitan Washington Employment Lawyers' Association annual conference, the National Employment Lawyers' Association's annual conference, the D.C. Women's Bar Association, the National Women's Law Center, and the annual Jacobus tenBroek Disability Law Symposium.

6. In January 2018, I was elected to serve on the Board of the Metropolitan Washington Employment Lawyers' Association, the Plaintiffs' employment law bar association for the greater Washington, D.C. area. In June 2019, I was appointed to serve as the co-chair of the Disability Law Practice Group for the National Employment Lawyers' Association (NELA), and became the chair of the Disability Law Practice Group in August 2022.

7. Joseph, Greenwald and Laake, P.A. is located in Greenbelt, Maryland which is in Prince George's County, Maryland.

8. During my legal career, I have completed substantive work on cases involving employment disputes. The cases to which I refer are generally wage and hour disputes and complaints of discrimination before the Equal Employment Opportunity Commission. I also litigate discrimination complaints in the United States District Courts for the District of Maryland and the District of D.C. Some of my recent public victories include a decision from this Court in *Bocangel, et. al. v. Warm Heart, et. al.,* for $685,726.50 in unpaid wages for three employees. I was also an attorney for the Plaintiffs in the highly publicized case *Breen, et. al. v. FAA, et. al.,* which obtained a $43.8 million settlement: the highest settlement to date against the federal government in an Age Discrimination in Employment Act (ADEA) case. I also litigated the case *Mitskavets v. SMK Group,* Case No: CAL18-06175 (P.G. Cir. Ct. 2021), where I obtained an award of $93,204.00 in fees and $694.62 in costs for obtaining $10,000.00 in unpaid wages for a plaintiff pursuant to the Maryland Wage Payment Collection Law.

9. I have experience in litigating attorneys' fees Maryland, including in Greenbelt, Baltimore, Prince George's, and Montgomery Counties, to name a few. I have direct experience with statutory fee litigation with respect to my own rates and those of other employment law attorneys, representing employees and/or employers, and I am acquainted with the prevailing market rates for employment attorneys practicing in the locality where this action is pending, which is Greenbelt in Prince George's County, Maryland, and the surrounding counties. I have acquired such knowledge by petitioning for attorneys' fees in cases in which I was involved, by reviewing fee petitions filed by other attorneys, by reading decisions of this Court awarding attorneys' fees, and reviewing billing surveys and other secondary sources on prevailing market rates for practitioners in this geographic area.

10. I have become familiar with this matter by reviewing the Complaint, the Post-Trial

Findings of Fact and Conclusions of Law (ECF No. 107), the Judgement entered on February 24, 2023 (ECF No. 108), and by reviewing the contemporaneous time records which are attached to the Plaintiffs' fee application as "Exhibit A." I understand this case is based on violations by defendants of the Fair Labor Standards Act of 1938 ("FLSA") and the Maryland Wage and Hour Law ("MWHL"). I also understand Plaintiffs' counsel Melehy & Associates LLC tried this case before this Court during the course of a 4-and-a-half-day bench trial.

11. In this case, I have been told that Omar Melehy, a 1987 law school graduate, is seeking compensation at the rate of $625.00 an hour and that Suvita Melehy, a 1995 law school graduate, is seeking an hourly rate of $575.00 an hour. Mr. Balashov is a 2015 graduate and is seeking reimbursement at the rate of $350 per hour. And for law clerks and paralegals, Melehy & Associates LLC is seeking $180 per hour.

12. Based on my familiarity with the information described above, I believe that the rates being sought by Mr. Melehy, Ms. Melehy, Mr. Balashov and the paralegals and law clerks of Melehy & Associates, in this case are at or below prevailing market rates in the locality where this action is pending, which is the Southern Division of the Maryland District Court located in Greenbelt, Prince George's County.

13. The rates requested by Melehy & Associates LLC are consistent with the rates charged by my Firm Joseph Greenwald & Laake, PA to fee paying clients in employment disputes.

14. In my opinion, Omar Melehy and the firm of Melehy & Associates are deserving of these rates because they have a very high level of experience, and the skill and knowledge necessary to command prevailing market rates in this locality for their representation in this case. Mr. Melehy is known in the employment law field as a talented plaintiff-side employment lawyer with a deep knowledge of wage and hour laws, civil litigation practice, and trial practice. I have

4

personally attended his seminars and Continuing Legal Education courses on these topics. He is considered a leading lawyer in the field and has been recognized by his peers through his election to leadership positions within MWELA and repeated invitations to speak. I have also attended seminars conducted by Ms. Melehy on FLSA litigation, including a trial victory she obtained in this Court.

15. After reviewing the time records in this matter for Melehy & Associates LLC, it is my opinion that the time that Plaintiff's counsel is requesting compensation for is reasonable based on the scope of the dispute in this case which I understand involved not only a dispute about the Plaintiffs' work hours but also whether the individual Defendants were statutory employers under the FSLA and MWHL, the length of time the case was pending, the extent of discovery done, including written discovery, third-party subpoenas, and work done in furtherance of taking depositions, and the fact that the case was ultimately tried during the course of a four-and-a-half-day bench trial where Plaintiffs prevailed.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 30, 2023         /S/ MICHAL SHINNAR
                               Michal Shinnar, Esq.
                               Senior Counsel
                               Joseph, Greenwald and Laake, PA
                               6404 Ivy Lane, Suite 400
                               Greenbelt, Maryland 20770
                               301.220.2200 (T)
                               301.220.1214 (F)