FLOR I. ARRIAZA DE PAREDES, et al.    *    IN THE

        Plaintiffs    *    U.S. DISTRICT COURT

    v.    *    FOR THE DISTRICT OF MARYLAND

ZEN NAILS STUDIO, LLC, et al.    *

Defendants    *    Civil Action No.:  TDC-20-2432

*    *    *    *    *    *    *    *    *    *    *    *    *

**TABLE OF CONTENTS FOR**
**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S**
**FEES AND COSTS AND DEFENDANTS' OPPOSITION/OBJECTIONS**
**TO PLAINTIFFS' BILL OF COSTS**

**I. INTRODUCTION** ..................................................................................................1

**II. SEQUENCE OF PERTINENT EVENTS** ........................................................4

**III. ARGUMENT** .....................................................................................................12

  **A. Plaintiffs' Counsel's History of Fee Petitions Before This Court** ..................12

  **B. *Johnson* Factors**.............................................................................................17

    *1. Novelty and difficulty of questions (factor 2)*...................................................18

    *2. Skill requisite to perform legal service properly (factor 3)* .............................19

    *3. Preclusion of employment by attorney due to acceptance of case (factor 4)* .................21

    *4. Customary fee (factor 5)*.................................................................................22

    *5. Whether fee is fixed or contingent (factor 6)* ...................................................22

    *6. Time limitations imposed by clients or circumstances (factor 7)* .....................23

    *7. Amount involved and results obtained (factor 8)* ............................................23

    *8. Experience, reputation, and ability of attorneys (factor 9)*............................24

    *9. "Undesirability" of the case (factor 10)*........................................................25

    *10. Nature/length of professional relationship with clients (factor 11)* ..............25

*11. Awards in similar cases (factor 12)* ................................................................25

*12. Time and labor required (factor 1)* ...............................................................25

   *a. Hourly rates requested by Plaintiffs' counsel far too high* ...............................25

   *b. Hours allegedly spent by Plaintiffs' counsel likewise far too high* ....................26

      *(1) Case development* ....................................................................29

      *(2) Pleadings* ............................................................................29

      *(3) Interpreting* .........................................................................29

      *(4) Factual Investigation* ...............................................................30

      *(5) Discovery motion* ...................................................................31

      *(6) Discovery* ...........................................................................31

      *(7) Trial preparation* ...................................................................32

      *(8) Trial attendance* ....................................................................33

      *(9) Damages calculation* ................................................................33

      *(10) ADR/Settlement* ....................................................................33

      *(11) Hearing attendance* ................................................................34

      *(12) Fee petition* ........................................................................34

**C. Some of Plaintiffs' Costs are Excessive and/or Ineligible for Recovery** .......................34

**IV. CONCLUSION** ..............................................................................35

Respectfully submitted,

        /s/  Neil R. Lebowitz
      Neil R. Lebowitz, Bar No.: 25155
      Lebowitz Law Firm
      5850 Waterloo Road, Suite 140
      Columbia, Maryland 21045
      neil@lebowitzlegal.com
      410-730-9010
      Counsel for Defendants