| | | |
|---|---|---|
| FLOR I. ARRIAZA DE PAREDES, et al. | * | IN THE |
| Plaintiffs | * | U.S. DISTRICT COURT |
| v. | * | FOR THE DISTRICT OF MARYLAND |
| ZEN NAILS STUDIO, LLC, et al. | * | Civil Action No.: TDC-20-2432 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS AND DEFENDANTS' OPPOSITION/OBJECTIONS TO PLAINTIFFS' BILL OF COSTS**

# Exhibit 11

# MELEHY & ASSOCIATES LLC
## ATTORNEYS AT LAW

VINCENT MELEHY*

SUVITA MELEHY*
ANDREW GEORGE BALASHOV

8403 COLESVILLE ROAD
SUITE 610
SILVER SPRING, MARYLAND 20910
WWW.MELEHYLAW.COM

TELEPHONE (301) 587-6364
FACSIMILE (301) 587-6308

*ALSO LICENSED IN WASHINGTON D.C.

March 21, 2023

*VIA ELECTRONIC MAIL*
neil@lebowitzlegal.com

Neil R. Lebowitz, Esquire
Lebowitz Law Firm
8180 Lark Brown Road, Suite 201
Elkridge, Maryland 21075

**PLAINTIFFS' QUARTERLY REPORT SHOWING THE AMOUNT AND VALUE OF ATTORNEYS' TIME EXPENDED IN THIS CASE**

Re:   *Flor I. Arriaza De Paredes, et al. v. Zen Nails Studio, LLC, et al.*
      **In the U.S. District Court for the District of Maryland**
      **Case No.: 20-cv-02432-TDC**

Dear Mr. Lebowitz:

This is a Quarterly Report of Attorneys' Fees pursuant to Appendix B of the Local Rules for the United States District Court for the District of Maryland.

This is to inform you that as of December 31, 2022, Melehy & Associates LLC (the "Firm") devoted approximately 802 hours of time to this case. At the Firm's normal and customary rates, this time has a total value of approximately $251,000.00.

Please note that while the above figures are believed to be accurate, they were computed without performing a detailed analysis of our billing and expense records and may be subject to revision once such a review is conducted. Since the Plaintiffs are entitled to recover attorneys' fees at the normal and customary hourly rates in effect at the time the petition for fees is filed, *see, e.g., Missouri v. Jenkins*, 491 U.S. 274, 283-84 (1989), the actual time value is subject to change. In addition, the above figure does not include expenses, which are recoverable. Finally, nothing in this letter constitutes a waiver of the Plaintiffs' right to seek reimbursement of legal fees at rates higher than the Firm's normal and customary rates which are in effect at the time the petition for fees is filed, including at U.S. Attorney's Office Laffey Matrix rates ("USAO").

The Firm's current Normal and Customary rates are as follows:

| | | |
|---|---|---|
| Attorneys | $350.00 to $625.00 | per hour; and |
| Paralegals and Law Clerks | $180.00 to $225.00 | per hour. |

Thank you for your attention to this matter.

                Very truly yours,

                /s/
                Andrew Balashov