| | | |
|---|---|---|
| FLOR I. ARRIAZA DE PAREDES, et al. | * | IN THE |
| Plaintiffs | * | U.S. DISTRICT COURT |
| v. | * | FOR THE DISTRICT OF MARYLAND |
| ZEN NAILS STUDIO, LLC, et al. | * | Civil Action No.: TDC-20-2432 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS AND DEFENDANTS' OPPOSITION/OBJECTIONS TO PLAINTIFFS' BILL OF COSTS</u>**

# Exhibit 12

## Melehy Fee Awards

| Case Name | Judge | Amount Sought | Amount Awarded | Percentage Awarded | Discount Percentage |
|---|---|---|---|---|---|
| Molina 2021 WL 2805838 | GLS | $26,388 | $20,838 | 78.96731 | 21.03269 |
| Carrera 2021 WL 3856287 | JKB | $957,861 102.6 hours | $472,848.40 | 49.36503 | 50.63497 |
| Chaten 2020 WL 4726631 | PX | $29,292.50 | $20,436 | 69.7653 | 30.2347 |
| Carranza 2022 WL 4080310 | PWG | $27,763 | $20,785.00 | 69.7653 | 30.2347 |
| Orellana 2022 WL 3586513 | DKC | $31,721.50 | $23,093 | 72.79921 | 27.20079 |
| Morataya 2016 WL 6634856 Dispositive Motions and Trial | GJH | $127,502.80 | $127,508.80 | 100 | 0 |
| Rivas 2022 WL 2193313 | PX | $103,921.74 | $65,000.00 Negotiated Discount | 62.54707 | 37.45293 |